BERTHA SCHRAMM AND GEORGE SCHRAMM, PLAINTIFFS'-RESPONDENTS, v. ARSENAL ESSO STATION, DEFENDANT-RESPONDENT, AND KRAUSZER'S VENDING, INC., DEFENDANT-APPELLANT.

Argued November 5, 1973—Decided November 20, 1973.

*Mr. Herbert Klein* argued the cause for appellant Krauszer's Vending, Inc. (*Messrs. Krieger and Klein,* attorneys; *Mr. William J. Pollinger* on the brief).

*Mr. Philip M. Lustbader* argued the cause for respondent Arsenal Esso Station. (*Philip M. Lustbader, David Lustbader,* a Professional Corporation, attorneys).

PER CURIAM. The judgment is affirmed substantally for the reasons expressed by the Appellate Division. *Schramm v. Arsenal Esso Station and Krauszer's Vending, Inc.,* reported at 124 *N. J. Super.* 135 (App. Div. 1973).

*For affirmance*—Justices JACOBS, HALL, SULLIVAN, PASHMAN and CLIFFORD and Judge CONFORD—6.